# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 1:21-MJ-00721
)
THE BODY OF ARIK SPRINGS )
FOR PURPOSES OF OBTAINING KNOWN SAMPLES )
OF DEOXYRIBONUCLEIC ACID (DNA) )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*: The body of Arik SPRINGS

located in the _____Southern_____ District of _____Ohio_____, there is now concealed *(identify the person or describe the property to be seized)*:

Deoxyribonucleic Acid (DNA) sample from the person of Arik SPRINGS

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and 846; 18 U.S.C. § 924(c); 18 U.S.C. § 922(g) | Possession with the intent to distribute controlled substances and conspiracy to do the same; Possession of a firearm in furtherance of drug trafficking; Possession of a firearm by a prohibited person. |

The application is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

TFO Brett Stratmann, ATF&E
*Printed name and title*

Sworn to before me and signed in my presence.
**via electronic means, specifically Facetime video.**

Date: **Oct 8, 2021**

*Judge's signature*

City and state: Cincinnati, Ohio       Hon. Stephanie K. Bowman, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE BODY OF ARIK SPRINGS FOR PURPOSES OF OBTAINING KNOWN SAMPLES OF DEOXYRIBONUCLEIC ACID (DNA) | Case No. 1:21-MJ-00721 |

### AFFIDAVIT IN SUPPORT OF A WARRANT TO SEARCH AND SEIZE

I, Brett Stratmann, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) assigned to the Organized Crime Investigative Squad of the Intelligence Unit of the Cincinnati Police Department (CPD) since 2014. I have been a police officer with the CPD for more than 24 years. I have conducted and participated in numerous drug trafficking investigations, illegal use of firearms investigations as well as money laundering investigations during my career, which have resulted in the drug and gun seizures, seizures of large amounts of drug proceeds in the form of U.S. currency, arrests of suspects, their prosecution, and conviction. I have participated in numerous interviews of individuals involved in the distribution, transportation, and sales of controlled substances, which included discussions regarding how those organizations operate. I have also participated in numerous interviews of individuals involved in the illegal possession of firearms. I have participated in the investigation of the offenses referred to above, and have reviewed ATF reports and reports prepared by other law enforcement agencies.

## PURPOSE OF THE AFFIDAVIT

2. I make this affidavit in support of an application for a warrant to search and obtain a Deoxyribonucleic Acid (DNA) sample from the person of Arik SPRINGS as such DNA samples may constitute evidence of violations of federal law. This affidavit is intended to show that there is sufficient probable cause for the above-described search warrant and does not purport to set forth all of my knowledge of, or investigation into, this matter. The facts and information contained in this affidavit are based on my personal knowledge, my training, and my experience.

## PROBABLE CAUSE

3. On June 30, 2021, Cincinnati Police Department Officer Kevin Broering began an investigation of a stolen Chevrolet Van bearing Ohio License Plate GUG9531 in the 2300 block of Millvale Court. Officer Broering approached the van and saw what appeared to be fentanyl in plain view on the center console. During a subsequent search of the vehicle, Officer Broering found a black plastic bag which contained multiple firearms to include a Century Arms 7.62 rifle serial number AK63DS-F07973; a Glock 34 handgun serial number BFGR654; and a PA15 Blackout 300 AR pistol serial number SCD118278, as well as multiple packages of fentanyl, paraphernalia, and a bullet proof vest. In the van, Officer Broering also found personal paperwork belonging to Arik SPRINGS and clothing SPRINGS is known to wear. Officer Broering has seen SPRINGS wearing items of clothing found in the van in photographs posted to Facebook from SPRINGS account. The large black plastic bag was tested for fingerprints and evidence was swabbed for DNA. SPRINGS's fingerprints were lifted from the black plastic bag. Additionally, DNA testing completed by the Hamilton County Crime Laboratory returned a

CODIS hit for SPRINGS from DNA recovered on a bag of a yellow solid substance, suspected to be drugs.

4. On July 4, 2021, Cincinnati Police Officers Condon and Chiaponne were investigating drug trafficking in the area of Borden and Weber in Cincinnati, Ohio. The officers saw SPRINGS get out of a Honda Civic and leave the area upon seeing a police presence. Officers approached the Honda Civic and saw marijuana in plain view near the center console. The officers searched the Honda Civic and found fentanyl, a digital scale, and a Taurus .45 semiautomatic pistol Millennium PT 145 Pro serial number NEW26676. On August 19, 2021, Officer Broering, along with the Crime Gun Intelligence Unit, coordinated the arrest of SPRINGS for drug charges at 747 Ridgeway Avenue in Cincinnati, Ohio. The Taurus .45 pistol was swabbed for DNA, but DNA analysis has not been completed by the Hamilton County Crime Laboratory.

5. SPRINGS was previously convicted of Trafficking in Drugs in 2017, Hamilton County Court of Common Pleas, case number B1706861, Trafficking in Drugs in 2017, Hamilton County Court of Common Pleas, case number B1603639, and Trafficking in Drugs in 2017, Hamilton County Court of Common Pleas, case number B1600797.

## CONCLUSION

6. Based on the foregoing, I believe that there is probable cause to issue a search warrant and obtain a Deoxyribonucleic Acid (DNA) sample from the person of Arik SPRINGS, as this sample may constitute evidence of violations of federal law, specifically, 21 U.S.C. §§ 841(a)(1) and 846 (possession with the intent to distribute controlled substances and conspiracy to do the same); 18 U.S.C. § 924(c) (possession of a firearm in furtherance of drug trafficking); and 18 U.S.C. § 922(g) (possession of a firearm by a prohibited person). Therefore, I request

3

that the Court allow law enforcement officers to take a cotton swab and place it inside SPRING's mouth, rubbing the inside of his cheek to obtain cellular material. Based on my training and experience, I know that this procedure is quick, painless and involves minimal intrusion into the body. This sampling is substantively identical to the procedure that normally occurs when the U.S. Marshals process a prisoner. That said, the swab taken by U.S. Marshals is for identification purposes and not investigative purposes, and therefore, the undersigned does not have access to such samplings.

Respectfully submitted,

BRETT STRATMANN
Task Force Officer
U.S. Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn to before me on this 8th day of October, 2021.
**via electronic means, specifically Facetime video.**

_Stephanie K. Bowman_
HONORABLE STEPHANIE K. BOWMAN
UNITED STATES MAGISTRATE JUDGE